NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GLORIA M. PINO,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-5167
                                         )
CRAIG D. BLUME,                          )
                                         )
          Appellee.                      )
_____  )

Opinion filed February 20, 2019.

Appeal from the Circuit Court for
Collier County; Geoffrey Gentile, Judge.

Kristin A. Norse and Stuart C. Markman
of Kynes, Markman & Felman, P.A.,
Tampa, for Appellant.

Christopher D. Donovan of Roetzel
& Andress, LPA, Naples, for Appellee.


PER CURIAM.


          Affirmed.


SLEET, SALARIO, and ATKINSON, JJ., Concur.